# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 13-189 |
| MELVIN JACKSON | SECTION: "S" |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that defendant's **Motion to Reduce Sentence (First Step Act) and for Appointment of Counsel** (Rec. Doc. 141) is **DENIED**.

This matter is before the court on a letter from the defendant requesting the appointment of counsel to determine whether the defendant qualifies for relief under the First Step Act. It does not recite any basis for why the defendant believes he is entitled to First Step Act relief. The letter was docketed as a Motion to Reduce Sentence under the First Step Act of 2018, and as a Motion to Appoint Counsel.

There is no general constitutional right to appointed counsel in post-conviction proceedings. See Pennsylvania v. Finley, 481 U.S. 551, 555 (1987). An appointment may be made in connection with certain ancillary matters under 18 U.S.C. § 3006A(c), and, at the court's discretion, under 18 U.S.C. § 3006A(2)(b) for indigent individuals seeking relief under 28 U.S.C. §§ 2241, 2254, or 2255 when "the interests of justice so require." These provisions do not apply in this case. A motion to reduce sentence is not an ancillary matter for purposes of 18 U.S.C. 3006A(c), and defendant has not sought relief under sections 2241, 2254, or 2255. See United States v. Whitebird, 55 F.3d 1007, 1010 (5th Cir. 1995). Accordingly, the court declines

to appoint counsel.

Defendant's letter does not argue the merits of a motion brought under the First Step Act, nor does it even indicate what provision of the First Step Act might afford him relief, or what aspect of his conviction or sentence is addressed by the First Step Act. While section 404 of the First Step Act made retroactive certain provisions of the 2010 Fair Sentencing Act which reduced sentences relative to crack cocaine, in this case, defendant's conviction involved heroin, not cocaine. Therefore, neither the filing nor the record disclose any applicable basis for First Step Act. Accordingly,

**IT IS HEREBY ORDERED** that defendant's **Motion to Reduce Sentence (First Step Act) and for Appointment of Counsel** (Rec. Doc. 141) is **DENIED**.

New Orleans, Louisiana, this 13th day of July, 2021.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**